UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10028

THOMAS COLLURA,
    Plaintiff,

v.

MILTON VEGA, NEIL
MURPHY, and Certain Unnamed
Individuals,
    Defendants.

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Milton Vega, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

_____
Milton Vega

Defendant, by his attorney,

_____
Douglas I. Louison (BBO# 545191)
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305