UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10028-DPW

**THOMAS COLLURA,**
         Plaintiff,

v.

**MILTON VEGA, NEIL MURPHY, and Certain Unnamed Individuals,**
         Defendants.

## MOTION TO EXTEND SCHEDULING ORDER (ASSENTED TO)

Now comes the defendants and move this Honorable Court to extend the scheduling order. As grounds therefor, the defendants state as follows:

1. The Court entered a shortened scheduling order calling for the completion of depositions by September 14, 2004 and the filing of summary judgment motions by October 14, 2004.

2. Counsel for the defendants had noticed the deposition of the plaintiff prior to September 14, 2004 but, due to scheduling conflicts of plaintiff's counsel, the parties were unable to complete said deposition.

WHEREFORE, the defendants request that they have until October 29, 2004, to complete the deposition of the plaintiff and until December 10, 2004, to file any motions for summary judgment.

Defendants, Milton Vega and Neil Murphy,
By their Attorneys,

James W. Simpson, Jr., BBO#634344
Douglas I. Louison   BBO# 545191
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., hereby certify that on the ___ day of October 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to all parties of record.

_____
James W. Simpson, Jr.