UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS COLLURA,
    Plaintiff,

v.                                CIVIL ACTION
                                  NO.04-10028-DPW

MILTON VEGA, ET AL.,
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised this date that the above-entitled action has been settled with respect to all parties;

  IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **JANUARY 8, 2005.**

                                                   BY THE COURT,

                                                   /s/ Michelle Rynne

                                                 Deputy Clerk

DATED: December 8, 2004